IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02670-BNB

CARMEN MASCITELLI,

    Plaintiff,

v.

DOUGLAS COUNTY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -8 2010

GREGORY C. LANGHAM

## ORDER OF DISMISSAL

Plaintiff, Carmen Mascitelli, a State of Colorado prisoner initiated this action by filing a Letter that states he intends to file a civil action. In an order entered on November 2, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Mascitelli to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Mascitelli to file his claims on a Court-approved form that is used in filing prisoner complaints. Magistrate Judge Boland also directed Mr. Mascitelli either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Mascitelli now has failed to file his claims on a proper Court-approved form as he was instructed and to either submit a 28 U.S.C. § 1915 Motion and Affidavit or pay the $350.00 filing fee. Mr. Mascitelli, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.

DATED at Denver, Colorado, this 7th day of December, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02670-BNB

Carmen Mascitelli
Prisoner No. 139446
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on December 8, 2010.

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                    Deputy Clerk